PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason F. Dancy                                      Cr.: 99-00486-001

Name of Original Sentencing Judicial Officer: Matthew J. Perry, Sr., U.S. District Judge (D/SC)

Date of Original Sentence: 10/05/99

*Transfer of Jurisdiction to D/NJ: 02/07/07*

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden, U.S. District Judge

Original Offense: Conspiracy to Possess with Intent to Distribute Cocaine

Original Sentence: 87 months imprisonment; 5 years supervised release; $100 special assessment.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 01/21/05

Assistant U.S. Attorney: To be assigned                    Defense Attorney: To be assigned

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'<br><br>On May 7, 2006, Dancy traveled from Charlotte, North Carolina (via a connecting flight in Atlanta) to Newark Airport.<br><br>On June 6, 2006, Dancy traveled from Newark Airport (via a connecting flight in Atlanta) to Charlotte, North Carolina. |

2  The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

During an office visit on June 6, 2006, Dancy submitted a urine specimen which tested positive for cocaine. Specifically, Dancy admitted using cocaine on May 30, 2006.

    I declare under penalty of perjury that the foregoing is true and correct.

               By: Anthony J. Nisi
                 U.S. Probation Officer
               Date: 02/26/07

---

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[   ] The Issuance of a Summons. Date of Hearing: _____.
[   ] No Action
[   ] Other

              _____
                Signature of Judicial Officer

              3/1/07
              _____
                   Date