PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
### (Probation Form 49)

Name of Offender: Jason F. Dancy                                    Cr.: 07-00091-001

Name of Sentencing Judicial Officer: Katharine S. Hayden, U.S. District Judge

Date of Original Sentence: 10/05/99 (D/SC)

Transfer of Jurisdiction to D/NJ: 02/07/07

Original Offense: Conspiracy to Possess with Intent to Distribute Cocaine

Original Sentence: 87 months confinement; 5 years supervised release; $100 special assessment.  Special condition of drug testing and/or treatment.

Type of Supervision: Supervised Release                 Date Supervision Commenced: 01/21/05

## PETITIONING THE COURT

[X]     To dismiss without prejudice the violation of supervised release petition filed on March 1, 2007.

Respectfully submitted,

By:  Anthony J. Nisi
     U.S. Probation Officer
Date:  11/02/07

THE COURT ORDERS:

[X] The dismissal, without prejudice, of violation of supervised release.
[ ]  No Action
[ ]  Other

_____
Signature of Judicial Officer

11/13/07
_____
Date